1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BUILDING SERVICE STAFF UNION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SEIU UNITED SERVICE WORKERS WEST,<br><br>　　　　Defendant. | Case No. 4:20-cv-06933-JSW<br><br>[~~PROPOSED~~] **ORDER TO DISMISS CASE**<br><br>Judge:　　Hon. Jeffrey S. White |

As noted in the parties' Joint Status Report (Dkt. No. 23), Arbitrator Matthew Goldberg issued an opinion and award dated March 3, 2022 denying the Plaintiff's grievance. Plaintiff and Defendant agree the matter is now closed.

The case is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: February 13, 2024

_____
HONORABLE JEFFREY S. WHITE
United States District Judge